Everett STANFIELD, Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. WD 36627.

Missouri Court of Appeals,
Western District.

Sept. 24, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 3, 1985.

Joseph H. Locascio, Sp. Public Defender, and Mary Beth Gardner, Asst. Sp. Public Defender, Kansas City, for movant-appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief, pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).